1 Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
2 Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
3 Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
4 Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
5 SEMENZA KIRCHER RICKARD
10161 Park Run Dr., Ste. 150
6 Las Vegas, Nevada 89145
7 Telephone: (702) 835-6803
Facsimile: (702) 920-8669
8

9 *Attorneys for Plaintiffs Sarah Simmons, Aaron McAllister,
ROI-IT, LLC and all others similarly situated*

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SARAH SIMMONS, an individual; AARON MCALLISTER, an individual; ROI-IT, LLC, a Nevada limited liability company on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CACHET FINANCIAL SERVICES, a California corporation; FINANCIAL BUSINESS GROUP HOLDINGS, a California corporation; MYPAYROLLHR LLC, a Delaware limited liability company; CLOUD PAYROLL, LLC, a Delaware limited liability company; VALUEWISE CORP., a Delaware corporation; MICHAEL MANN, an individual; NATIONAL PAYMENT CORPORATION, a Florida corporation, <br><br> Defendants. | **Case No.: 2:19-cv-01624-GMN-VCF** <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

This stipulation is entered into by Plaintiffs Sarah Simmons, Aaron McAllister, and ROI-IT, LLC (collectively, "Plaintiffs") and Defendants Cachet Financial Services and Financial Business Group Holdings (together, "Defendants") by and through their respective counsel, with reference to the following facts and recitals:

a) On November 18, 2019, Defendants filed a Motion to Dismiss, or, in the Alternative, to Change Venue and for a More Definite Statement (the "Motion") pursuant to Federal Rule of Civil Procedure 12(b)(2) and (6), 12(e) and for a change of venue pursuant to 28 USC § 1404(a);

b) The existing deadline for Plaintiffs to respond to Defendants' Motion is December 2, 2019;

c) The parties have agreed to continue the deadline to respond to the Motion until December 9, 2019 because Plaintiffs will be filing an amended complaint on or before that date, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which will in turn render Defendants' Motion moot;

d) the parties agree that by entering into this stipulation, Defendants have not waived their ability to file a renewed motion to dismiss, not only under 12(b)(6) (failure to state a claim) and 12(e) (more definite statement), but also under 12(b)(2) (personal jurisdiction) and 28 USC § 1404(a) (change of venue) and any other appropriate grounds based on the allegations contained in the amended complaint; and

e) Plaintiffs have not previously requested an extension of the deadline to respond to the Motion.

NOW, THEREFORE, the parties hereby stipulate and agree, subject to Court approval, to the foregoing.

///
///
///
///

2

Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections, or defenses, all of which are expressly reserved.

DATED this 26th day of November, 2019.

DATED this 26th day of November, 2019.

SEMENZA KIRCHER RICKARD

MCNUTT LAW FIRM, P.C.

/s/ Lawrence J. Semenza, III
Lawrence J. Semenza, III, Esq. (SBN 7174)
Christopher D. Kircher, Esq. (SBN 11176)
Jarrod L. Rickard, Esq. (SBN 10203)
Katie L. Cannata, Esq. (SBN 14848)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs Sarah Simmons, Aaron McAllister, ROI-IT, LLC and all others similarly situated*

/s/ Dan McNutt
DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
625 South Eighth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Cachet Financial Services and Financial Business Group Holdings*

**IT IS SO ORDERED.**

Dated this  26  day of November, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT