MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

LOEB & LOEB LLP
Daniel A. Platt, Esq. (PHV appl. forthcoming)
Terry D. Garnett, Esq. (admitted pro hac vice)
Donald A. Miller, Esq. (admitted pro hac vice)
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Tel: 310.282.2000 / Fax: 310.282.2200
dplatt@loeb.com
tgarnett@loeb.com
dmiller@loeb.com
*Counsel for Defendants Cachet Financial Services
and Financial Business Group Holdings*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARAH SIMMONS, an individual; AARON MCALLISTER, an individual; ROI-IT, LLC, a Nevada limited liability company on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CACHET FINANCIAL SERVICES, et al.,<br><br>Defendants. | Case No.: 2:19-cv-01624-GMN-VCF<br><br>**STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

This stipulation is entered into by Plaintiffs Sarah Simmons, Aaron McAllister, and ROI-IT, LLC (collectively, "Plaintiffs"), on the one hand, and Defendants Cachet Financial Services ("Cachet") and Financial Business Group Holdings ("FBG" and together with Cachet, "Defendants"), on the other hand, by and through their respective counsel, with reference to the following facts and recitals:

a) Plaintiffs filed their first amended complaint on December 9, 2019;

b) The existing deadline for Defendants to respond to Plaintiffs' complaint is December 23, 2019;

c) Defendants have represented to Plaintiffs that, in response to the first amended complaint, they intend to file a motion to dismiss, or, in the alternative, to transfer venue or for a more definite statement;

d) To accommodate the parties' holiday, travel, and work schedules, the parties have agreed to set a briefing schedule for Defendants' motion;

e) This Court previously granted an extension to respond to the *original* complaint on October 25, 2019 (ECF No. 24).

f) Defendants have not previously requested an extension of the deadline to respond to the first amended complaint.

**NOW, THEREFORE,** the parties hereby stipulate and agree, subject to Court approval, to set the following briefing schedule for Defendants' motion in response to the first amended complaint:

- Opening Motion: January 8, 2020
- Opposition: January 31, 2020
- Reply: February 10, 2020

Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections, or defenses, all of which are expressly reserved.

DATED December 11, 2019.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq. (SBN 7815)
Matthew C. Wolf, Esq. (SBN 10801)
625 South Eighth Street
Las Vegas, Nevada 89101
*Counsel for Defendants Cachet Financial Services and Financial Business Group Holdings*

DATED December 11, 2019.

SEMENZA KIRCHER RICKARD

*/s/ Lawrence J. Semenza, III*
Lawrence J. Semenza, III, Esq. (SBN 7174)
Christopher D. Kircher, Esq. (SBN 11176)
Jarrod L. Rickard, Esq. (SBN 10203)
Katie L. Cannata, Esq. (SBN 14848)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

Dated this  12  day of December, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18534857.1
234071-10003

2

STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS