# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Sarah Simmons, et al.,

      Plaintiff(s),

v.

Cachet Financial Services, et al.,

      Defendant(s).

Case No.: 2:19-cv-01624-GMN-VCF

**DEFAULT**

It appearing from the records in the above-entitled action that Summons issued on the _Amended_ Complaint _December 9, 2019_
(Original, Amended, etc)                      (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

    Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants _Mypayrollhr LLC, Cloud Payroll, LLC, Valuewise Corp., and Michael Mann_

in the above-entitled action is hereby entered.

Date: 1/30/2020

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_