Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiffs Sarah Simmons, Aaron McAllister,
ROI-IT, LLC and all others similarly situated*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SARAH SIMMONS, an individual; AARON MCALLISTER, an individual; ROI-IT, LLC, a Nevada limited liability company on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CACHET FINANCIAL SERVICES, a California corporation; FINANCIAL BUSINESS GROUP HOLDINGS, a California corporation; MYPAYROLLHR LLC, a Delaware limited liability company; CLOUD PAYROLL, LLC, a Delaware limited liability company; VALUEWISE CORP., a Delaware corporation; MICHAEL MANN, an individual,<br><br>Defendants. | **Case No. 2:19-cv-01624-GMN-VCF**<br><br>**STATUS REPORT** |

Pursuant to ECF No. 54, Plaintiffs Sarah Simmons, an individual, Aaron McAllister, an individual, and ROI-IT, LLC, a Nevada limited liability company, on behalf of themselves and all others similarly situated (together, "Plaintiffs"), and Cachet Financial Services ("Cachet") and

1

Financial Business Group Holdings ("FBGH") (together, "Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby submit this Status Report addressing Cachet's bankruptcy proceedings and the continued need for a stay in this matter.

As the Court is aware, Cachet is currently involved in a Chapter 11 bankruptcy case, in which Plaintiffs have joined in the Official Committee of Unsecured Creditors. The Chapter 11 bankruptcy case is still ongoing, and the Parties continue to discuss a good faith resolution of the bankruptcy's claim procedures. Cachet intends to file its Disclosure Statement, Chapter 11 Plan and a Motion for Order Approving Adequacy of Disclosure Statement in the bankruptcy action on or before August 21, 2020.

Given that Cachet's bankruptcy case is still in progress, the Parties respectfully request that this matter continue to be stayed for an additional 90 days, up to and including Monday, September 28, 2020. The Parties additionally request that this matter be set for a further status report deadline of Monday, September 21, 2020.

| | |
|---|---|
| DATED this 29th day of June, 2020 | DATED this 29th day of June, 2020 |
| SEMENZA KIRCHER RICKARD | MCNUTT LAW FIRM, P.C. |
| /s/ Lawrence J. Semenza, III | /s/ Daniel R. McNutt |
| Lawrence J. Semenza, III, Esq. (SBN 7174)<br>Christopher D. Kircher, Esq. (SBN 11176)<br>Jarrod L. Rickard, Esq. (SBN 10203)<br>Katie L. Cannata, Esq. (SBN 14848)<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 | Daniel R. McNutt, Esq. (SBN 7815)<br>Matthew C. Wolf, Esq. (SBN 10801)<br>625 South Eighth Street<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs Sarah Simmons, Aaron McAllister, ROI-IT, LLC and all others similarly situated* | *Attorneys for Defendants Cachet Financial Services and Financial Business Group Holdings* |

**IT IS SO ORDERED.**

Dated this  30  day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2