1  Lawrence J. Semenza, III, Esq., Bar No. 7174
   Email: ljs@semenzarickard.com
2  Jarrod L. Rickard, Esq., Bar No. 10203
   Email: jlr@semenzarickard.com
3  Katie L. Cannata, Esq., Bar No. 14848
   Email: klc@semenzarickard.com
4  SEMENZA RICKARD LAW
   10161 Park Run Drive, Suite 150
5  Las Vegas, Nevada 89145
   Telephone: (702) 835-6803
6  Facsimile: (702) 920-8669
7
8  *Attorneys for Plaintiffs Sarah Simmons, Aaron McAllister,*
   *ROI-IT, LCC and all others similarly situated*
9
              **UNITED STATES DISTRICT COURT**
10
                    **DISTRICT OF NEVADA**
11

12  SARAH SIMMONS, an individual; AARON        Case No.  2:19-cv-01624-GMN-VCF
    MCALLISTER, an individual; ROI-IT,
13  LLC, a Nevada limited liability company on  **STIPULATION AND ORDER TO**
    behalf of themselves and all others similarly  **DISMISS WITH PREJUDICE**
14  situated,

15                    Plaintiffs,

16  v.

17  CACHET FINANCIAL SERVICES, a
    California corporation; FINANCIAL
18  BUSINESS GROUP HOLDINGS, a
    California corporation; MYPAYROLLHR
19  LLC, a Delaware limited liability company;
    CLOUD PAYROLL, LLC, a Delaware
20  limited liability company; VALUEWISE
    CORP., a Delaware corporation; MICHAEL
21  MANN, an individual; NATIONAL
    PAYMENT CORPORATION, a Florida
22  corporation,
23
24                    Defendants.

25

26       Plaintiffs Sarah Simmons, Aaron McAllister and ROI-IT, LLC (together, "Plaintiffs")

27  and Defendants Cachet Financial Services ("Cachet") and Financial Business Group Holdings

28  ("FBG") (together, "Defendants"), by and through their respective counsel of record, hereby

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

stipulate and agree to dismiss this case with prejudice, with each party to bear its own attorneys'
fees and costs.

Entry of this Stipulation and Order will result in the dismissal of the entire action with
prejudice as to all Defendants.

DATED this 6th day of October, 2023.                    DATED this 6th day of October, 2023.


SEMENZA RICKARD LAW                                     MCNUTT LAW FIRM, P.C.

*/s/ Lawrence J. Semenza, III*                          */s/ Daniel R. McNutt*
Lawrence J. Semenza, III, Esq., Bar No. 7174            Daniel R. McNutt, Esq., Bar No. 7815
Jarrod L. Rickard, Esq., Bar No. 10203                  Matthew C. Wolf, Esq., Bar No. 10801
Katie L. Cannata, Esq., Bar No. 14848                   11441 Allerton Park Drive, #100
10161 Park Run Dr., Ste. 150                            Las Vegas, Nevada 89135
Las Vegas, Nevada 89145


*Attorneys for Plaintiffs Sarah Simmons*                *Attorneys for Defendants Cachet Financial*
*Aaron McAllister, ROI-IT, LLC and all*                 *Services and Financial Business Group,*
*others similarly situated*                             *Holdings*


        **IT IS SO ORDERED:**



                                                        _____
                                                        **UNITED STATES DISTRICT COURT JUDGE**

                                                        **DATED:**_____

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803