Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Plaintiffs Sarah Simmons, Aaron McAllister,
ROI-IT, LCC and all others similarly situated*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SARAH SIMMONS, an individual; AARON MCALLISTER, an individual; ROI-IT, LLC, a Nevada limited liability company on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CACHET FINANCIAL SERVICES, a California corporation; FINANCIAL BUSINESS GROUP HOLDINGS, a California corporation; MYPAYROLLHR LLC, a Delaware limited liability company; CLOUD PAYROLL, LLC, a Delaware limited liability company; VALUEWISE CORP., a Delaware corporation; MICHAEL MANN, an individual; NATIONAL PAYMENT CORPORATION, a Florida corporation,<br><br>Defendants. | Case No.  2:19-cv-01624-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiffs Sarah Simmons, Aaron McAllister and ROI-IT, LLC (together, "Plaintiffs") and Defendants Cachet Financial Services ("Cachet") and Financial Business Group Holdings ("FBG") (together, "Defendants"), by and through their respective counsel of record, hereby

stipulate and agree to dismiss this case with prejudice, with each party to bear its own attorneys' fees and costs.

Entry of this Stipulation and Order will result in the dismissal of the entire action with prejudice as to all Defendants.

DATED this 6th day of October, 2023.       DATED this 6th day of October, 2023.

SEMENZA RICKARD LAW                          MCNUTT LAW FIRM, P.C.

*/s/ Lawrence J. Semenza, III*               */s/ Daniel R. McNutt*
Lawrence J. Semenza, III, Esq., Bar No. 7174   Daniel R. McNutt, Esq., Bar No. 7815
Jarrod L. Rickard, Esq., Bar No. 10203         Matthew C. Wolf, Esq., Bar No. 10801
Katie L. Cannata, Esq., Bar No. 14848          11441 Allerton Park Drive, #100
10161 Park Run Dr., Ste. 150                    Las Vegas, Nevada 89135
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs Sarah Simmons Aaron McAllister, ROI-IT, LLC and all others similarly situated*

*Attorneys for Defendants Cachet Financial Services and Financial Business Group, Holdings*

## ORDER

**IT IS SO ORDERED.** The Clerk of Court is instructed to close the case.

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** October 6, 2023